**RECEIVED**

JUN 2 2 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| THE RAGAN FAMILY TRUST | CIVIL ACTION 12-0526 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| THE KANSAS CITY SOUTHERN<br>RAILWAY COMPANY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #8, is GRANTED and this case is remanded to the 10th Judicial District Court, Parish of Natchitoches.

**THUS DONE AND SIGNED**, in chambers, in Alexandria,  Louisiana, on this 22nd day of June , 2012.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**